# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4050

_____

| | |
|---|---|
| Genevieve Fair, | * |
| | * |
| Appellant, | * |
| v. | * Appeal from the United States |
| | * District Court for the Eastern |
| Arkansas Public Employees | * District of Arkansas. |
| Retirement System, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: June 11, 2007
Filed: August 17, 2007

_____

Before MURPHY, BEAM, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Genevieve Fair appeals the district court's[1] adverse grant of summary judgment and ultimate dismissal of her employment discrimination action against her former employer, the Arkansas Public Employees Retirement System. Having carefully reviewed the record and considered Fair's arguments, we find no basis for reversal.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review).[2]  Accordingly, we affirm.  See 8th Cir. R. 47B.[3]

_____

[2]Because we, like the district court, determine that Fair fails on the merits of her employment claims, we need not address any issue concerning the timeliness of the discrete acts alleged in the EEOC filing.

[3]Appellee's pending Motion to Strike is hereby denied.